# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

10611 BAMBOO ROAD LAND TRUST,

    Plaintiff,

v.                                              Case No: 5:21-cv-71-JSM-PRL

DEUTSCHE BANK NATIONAL TRUST
COMPANY,

    Defendant.
_____

## ORDER

THIS CAUSE comes before the Court *sua sponte*.  The underlying facts supporting Plaintiff's claims appear to involve real property and a foreclosure action in Hillsborough County, Florida.  As such, the Court issued an Order to Show Cause directing the parties to show cause why the Court should not transfer this case to the Tampa Division of the Middle District of Florida.  The Court further noted that the failure to file a response will result in the Court transferring the case to the Tampa Division without further notice.  Plaintiff has failed to respond and the time for filing a response has lapsed.  Defendant does not object to transferring this case to the Tampa Division.  Accordingly, the Court concludes that this case should be transferred to the Tampa Division as it has the greatest nexus with the action since the relevant facts occurred in Hillsborough County, Florida.  Local Rule 1.04(b).  Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Clerk of Court is directed to transfer this case to the Tampa Division of the Middle District of Florida.

2. The Clerk of Court is further directed to administratively close the case in the Ocala Division.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of March, 2021.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record